IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SCHOLTEN ROOFING SERVICES COMPANY, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 02-1856C |
| THE UNITED STATES, | ) | (Senior Judge Bruggink) |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant, the United States, respectfully requests the Court to grant an enlargement of time of 14 days, to and including September 29, 2003, within which to file the parties' joint preliminary status report ("JPSR"). The JPSR is due to be filed by September 15, 2003. This is our first request for an enlargement of time for this purpose. Counsel for plaintiff, Scholten Roofing Services Company ("Scholten"), has authorized us to state that Scholten does not oppose this motion.

Counsel for the parties are cooperating in efforts to prepare and file the JPSR. They have conferred about the JPSR by telephone, and they have worked independently to prepare draft JPSR. However, counsel for Scholten has been very busy, and the parties have been unable to complete preparation of the JPSR.

The full enlargement of time requested is needed. Time is needed to complete the draft JPSR. In addition, time is needed for review of the draft JPSR by agency counsel and by superiors within the Department of Justice.

For the reasons set forth above, we respectfully request that the Court grant our unopposed motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

S/ Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

S/ James W. Poirier
JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W
Washington, D.C. 20530
Tele: (202) 307-6289
Fax: (202) 514-7969

September 12, 2003

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on September 12, 2003, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ James W. Poirier