# In the United States Court of Federal Claims

No. 02-1856C
(Filed: October 6, 2003)

* * * * * * * * * * * * * * * * * * * * * * * * *
SCHOLTEN ROOFING SERVICES COMPANY,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

The court has received the parties' joint preliminary status report (JPSR) filed electronically by counsel for defendant on September 26, 2003. The court notes that counsel for plaintiff has not complied with the court's order of August 8, 2003, directing him to be registered and trained for the electronic case filing (ECF) system. Until counsel for plaintiff complies with the August 8 order, he cannot receive notices of filings electronically, and will not be allowed to file documents with the court by mail. Counsel for plaintiff is directed to comply promptly with the court's August 8 order.

Based on representations made in the parties' JPSR, the following is ORDERED:

1. All fact discovery will be completed on or before July 15, 2004.

2. The party with the burden of proof regarding an issue shall disclose its testifying experts, the information required by RCFC 26(a)(2), and all expert reports by August 16, 2004.

3. All rebuttal experts, required information, and expert reports shall be disclosed by September 30, 2004.
4. All expert discovery shall be completed by November 1, 2004.

5. The court will convene a status conference, prior to the close of fact discovery, to set a schedule for motions, if any, and further pretrial proceedings.

The clerk is directed to mail a copy of this order to counsel for plaintiff.

s/ Eric G. Bruggink

ERIC G. BRUGGINK
Judge