# In the United States Court of Federal Claims

No. 02-1856C
(Filed: December 3, 2004)

* * * * * * * * * * * * * * * * * * * * * * * * *
SCHOLTEN ROOFING SERVICES
COMPANY,

*Plaintiff,*

v.

THE UNITED STATES,

*Defendant.*
* * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

The court has before it the parties' Joint Stipulation Of Dismissal With Prejudice, filed by my leave December 1, 2004. For good cause shown, the action is dismissed pursuant to RCFC 41(a)(2). The effect is that the entire action, including the counterclaim, is dismissed with prejudice. Each party shall bear its own costs, attorney fees, and expenses. Judgment accordingly.

The clerk is directed to mail a copy of this order and a copy of the judgment to counsel for plaintiff.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge