# In the United States Court of Federal Claims

**No. 02-1856 C**

**SCHOLTEN ROOFING SERVICES COMPANY,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Order, filed December 3, 2004,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint and counterclaim are dismissed, with prejudice. Each party shall bear its own costs, attorney fees, and expenses.

Brian Bishop
Clerk of Court

**December 3, 2004** By: s/Lisa L. DeFade

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $255.00.