ORIGINAL

FILED
DEC 1 2004
U.S. COURT OF FEDERAL CLAIMS

by leave of the Judge

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

SCHOLTEN ROOFING SERVICES COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 02-1856C

(Senior Judge Bruggink)

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, pursuant to Rule 41(a)(1)(ii) of the Rules of the United States Court of Federal Claims, hereby stipulate to the dismissal of this action with prejudice, with each party to bear its own costs, attorney fees, and expenses.

Respectfully submitted,

Sam E. Baker Jr.

SAM E. BAKER, JR.
Oles Morrison Rinker & Baker, LLP
701 Pike St, Suite 1700
Seattle, WA 98101-3930
Telephone: (206) 623-3427
Facsimile: (206) 682-6234

Attorney for Plaintiff

DATED: 11/4/04

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

Kathryn A. Bleecker

KATHRYN A. BLEECKER
Assistant Director
Authorized Representative of the Attorney General

JAMES POIRIER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 307-6289
Facsimile: (202) 514-7969

Attorneys for Defendant

DATED: 11/22/04

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 22nd day of November 2004, I caused to be placed in the United States mail (first class, postage prepaid) a copy of "JOINT STIPULATION OF DISMISSAL WITH PREJUDICE" addressed as follows:

Sam E. Baker, Jr.
Oles Morrison Rinker & Baker, LLP
701 Pike St, Suite 1700
Seattle, WA 98101-3930

Ena M. Goddard

Docket No. 02-1856C

**UNITED STATES COURT OF FEDERAL CLAIMS**

**MEMORANDUM**

TO: JUDGE Bruggink
FROM: CLERK'S OFFICE

Schooten

The attached was received on 11-22-04
and the following defect(s) is/are noted:

1. ____ Untimely, due to be filed by ______________ [Rule 7.2]

2. ____ Proof of service: [Rule 5.1]
____ is missing; ____ is not signed and/or dated;
____ shows service on wrong attorney or of wrong item;
____ is not attached to each document or copy

3. ____ Not signed by the attorney of record [Rules 11 and 83.1(c)(2)]

4. ____ Does not comply with the provisions of Rule:

| | | |
|---|---|---|
| ____ | 5.2(a)(1)(A) | Re: table of contents or index to appendix is missing (or in wrong location) |
| ____ | 5.2(a)(1)(G) | Re: index to appendix is to be located in both the front of the brief and in front of the appendix |
| ____ | 5.2(b) | Re: length of briefs or memorandum |
| ____ | 5.3(c) | Re: binding |
| ____ | 5.3(d) | Re: original/copies missing |
| ____ | 5.3(g) | Re: Judge's name on all filings |
| ____ | 7(b) | Re: brief, supporting memorandum, affidavits shall be attached to motion |
| ____ | 24(c) | Re: motion to be accompanied by a pleading |
| ____ | 56(h) | Re: proposed findings and/or response to proposed findings is missing or not a separate document |
| ____ | 56.1(b) | Re: statement of facts and/or counter-statement of facts is missing or not a separate document |
| ____ | 77.1(a) | Re: improper use of the night box |
| ____ | 83.1(c)(1) | Re: one attorney for a party; attorney to be an individual not a firm |
| ____ | ________ | Re: ______________________ |

5. ____ Original affidavit(s)/declaration(s) is/are missing
6. ____ No provision in the Rules (or court order) for the filing of this item
7. ✓ This case has been designated as an ***ECF*** case.
8. ____ ______________________

Debbie
Deputy Clerk

To: **CLERK'S OFFICE**

**THE ATTACHED ITEM IS TO BE:**

X Filed by my leave, **OR**,

***PURSUANT TO THE ACCOMPANYING ORDER:***

***(Note - This is a separately written order)***

_____ Filed by leave of the judge and party is being notified for correction of defect(s) as to future filings.

_____ Returned to party for correction of defects, with the document to be filed by leave of the judge, if it is out of time, with opposing counsel's time to respond to run from the date of re-service.

_____ Returned to party for correction of defect(s).

_____ Returned to party.

Signature

12/1/04

Date